IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| GREGORY KONRATH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-16-1378-D |
| | ) | |
| DUSTIN ELLISON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

On December 7, 2016, United States Magistrate Judge Suzanne Mitchell issued an order advising Plaintiff that his application to proceed in forma pauperis contained several deficiencies. *See* Order, Dec. 7, 2016 at 1 [Doc. No. 3]. Judge Mitchell advised Plaintiff that if such defects were not cured by December 27, 2016, his action would be subject to dismissal. *Id*. at 2. The prescribed deadline has passed, and to date, Plaintiff has failed to cure the deficiencies noted by the magistrate judge. Accordingly, the Court finds Plaintiff's action should be **DISMISSED** without prejudice. *See, e.g., Ocampo-Wiechmann v. Anderson*, 391 F. App'x 749, 751 (10th Cir. 2010) (unpublished) (dismissal of inmate's complaint without prejudice for failure to cure deficiency in request to proceed in forma pauperis was not abuse of discretion).

**IT IS SO ORDERED** this **18th** day of January, 2017.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE